# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**RAMON RAMIREZ REGINO**                                                           **PLAINTIFF**

**V.**                        **NO: 4:09CV00657 BSM**

**DAVID L. REYNOLDS** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of August, 2009.

*/s/ Brian S. Miller*
_____
UNITED STATES DISTRICT JUDGE